UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :  MAGISTRATE NO.: 21-1151

V.

Brianna Schneider  :  CRIMINAL ACTION

:  ORDER OF RELEASE

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

- ☑ Reporting, as directed, to U.S. Pretrial Services;
- ☑ Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;
- ☐ Mental Health testing/treatment as directed by U.S. Pretrial Services:
- ☑ The defendant shall appear at all future court proceedings;
- ☐ Other:

s/Brianna Schneider                    06/30/2021
_____            _____
DEFENDANT                              DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

*Anthony R. Mautone* (signature)
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

DATE 06/30/2021